STATE OF NEW JERSEY v. ELIJAH Mc DANIEL.

September 16, 1975. Petition for certification denied.

GALLO ASPHALT CO. v.
ALAN SAGNER, COMMISSIONER OF N. J.

September 16, 1975. Petition for certification granted

STATE OF NEW JERSEY v. ROBERT M. LUEDER.

September 16, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. CECIL NORRIS.

September 16, 1975. Petition for certification denied.

JOHN WEBER, SR., v.
ENGINEERED PRECISION CASTING CO.

September 30, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID TUCKER.

September 30, 1975. Petition for certification denied.